FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEPONNE MORRIS,<br><br>Defendant. | Case No. 24-MJ-6214<br><br>ORDER OF DETENTION<br><br>[18 U.S.C. § 3148(b), 3143(a)] |

## I.

On October 10, 2024, Defendant appeared before the Court on the Petition for Violation of Pretrial Release Conditions and arrest warrant, filed on October 8, 2024, in the United States District Court for the Western District of Arkansas. Deputy Federal Public Defender, Alejandro Barrientos, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Cameron Vanderwall. A detention hearing was held.

The Court has reviewed the files and records in this matter, including the Petition for violations of conditions of pretrial release, dated October 8, 2024, and the recommendation, by the Probation and Pretrial Services Officer, that Defendant be detained.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer any condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court has taken into account the allegations of Defendant's noncompliance with the conditions of pretrial release, as alleged in the petition, which include leaving the Central District of California without permission and failing to return immediately when notified by Location Monitoring officials and instead staying in the Southern District of California before returning to this district, and his general non-compliance with conditions of release to include failing to clear two active state warrants, driving a vehicle with a suspended license, and failing to provide verification of employment.

Thus, the Court finds that there is _now_ a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California no later than her next court appearance date on January 26, 2024 .

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to Defendant's counsel in order to monitor the status of defendant's transportation to, and arrival in, the charging district for her next appearance.</u>

Dated: October 10, 2024

_____/s/_____<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE